# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  VERLIN J. BAKER & JEANNE M. BAKER                         Case Number: 07-72714
23520 WALLER ROAD                           SSN-xxx-xx-8116 & xxx-xx-1351
FULTON, IL  61252

Case filed on:    11/6/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,720.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY MARK E ZALESKI | 2,500.00 | 2,500.00 | 1,577.24 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 1,577.24 | 0.00 |
| 002 | BAKER, MILLER, MARKOFF & KRASNY | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | WELLS FARGO HOME MORTGAGE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BENEFICIAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | FRIEDMAN & WEXLER, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CITI BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | BAKER, MILLER, MARKOFF & KRASNY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DISCOVER FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | VERLIN J. BAKER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | WELLS FARGO HOME MORTGAGE | 62,679.13 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 62,679.13 | 0.00 | 0.00 | 0.00 |
| 001 | FIRST NATIONAL CREDIT CARD CENTER | 7,063.55 | 7,063.55 | 0.00 | 0.00 |
| 005 | BENEFICIAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BENEFICIAL | 7,340.66 | 7,340.66 | 0.00 | 0.00 |
| 009 | LVNV FUNDING LLC | 40,262.54 | 40,262.54 | 0.00 | 0.00 |
| 012 | DFS SERVICES LLC | 10,187.88 | 10,187.88 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 5,166.81 | 5,166.81 | 0.00 | 0.00 |
| 016 | FIRST NATIONAL CREDIT CARD CENTER | 6,962.74 | 6,962.74 | 0.00 | 0.00 |
| 017 | LVNV FUNDING LLC | 17,019.23 | 17,019.23 | 0.00 | 0.00 |
| 018 | FIRST NATIONAL BANK OF OMAHA | 14,032.75 | 14,032.75 | 0.00 | 0.00 |
|  | Total Unsecured | 108,036.16 | 108,036.16 | 0.00 | 0.00 |
|  | Grand Total: | 173,215.29 | 110,536.16 | 1,577.24 | 0.00 |

Total Paid Claimant:    $1,577.24
Trustee Allowance:      $142.76              Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00              discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008          By  /s/Heather M. Fagan